Argued and submitted June 30, convictions affirmed; remanded for resentencing
August 18, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## JAY DAVID OSS,
*Appellant.*

(91NB-1730; CA A74961)

857 P2d 902

James N. Varner, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Amy E. Alpaugh, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Edmonds and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of three misdemeanors: menacing, ORS 163.190, assault in the fourth degree, ORS 163.160, and harassment. ORS 166.065. We affirm the convictions but remand for resentencing.

Defendant first argues that the trial court abused its discretion in admitting evidence that defendant had assaulted the victim on previous occasions. Having considered the record, we conclude that the trial court did not err. *State v. Johns*, 301 Or 535, 558, 725 P2d 312 (1986).

Defendant also argues that the trial court erred in sentencing him and at the same time placing him on probation. The trial court sentenced defendant to 360 days in jail, with 180 days suspended, and placed him on three-years probation. The state concedes, and we agree, that that was error. *State v. McMellon*, 110 Or App 441, 823 P2d 996 (1992); *State v. Vasby*, 101 Or App 1, 788 P2d 1024 (1990).

Convictions affirmed; remanded for resentencing.